IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00005-CR-W-HFS |
| KYLE K. KESSLER | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on October 15, 2020, before Magistrate

Judge W. Brian Gaddy, defendant entered a plea of guilty pursuant to

Fed.R.Crim.P. 11 to Count 1 of the Indictment – that is, being a felon in possession

of a firearm.

In a Report and Recommendation dated October 15, 2020 (Doc. 25), after

cautioning and examining defendant under oath concerning the requirements of

Rule 11, Judge Gaddy determined that the guilty plea was knowledgeable and

voluntary and that the offense charged was supported by an independent basis in

fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I

ADOPT the Report and Recommendation (Doc. 25) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be

filed within 120 days.


                                        s/ HOWARD F. SACHS
                                        HOWARD F. SACHS
                                        United States District Judge


Dated:  November 5, 2020
Kansas City, Missouri


IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
  v. ) Case No. 20-00005-CR-W-HFS
KYLE KESSLER )
)
)
)
Defendant. )

**ORDER**

At a Change of Plea Hearing held on October 15, 2020, before Magistrate

Judge W. Brian Gaddy, defendant entered a plea of guilty pursuant to

Fed.R.Crim.P. 11 to Count 1 of the Indictment – that is, being a felon in possession

of a firearm.

In a Report and Recommendation dated October 15, 2020 (Doc. 25), after

cautioning and examining defendant under oath concerning the requirements of

Rule 11, Judge Gaddy determined that the guilty plea was knowledgeable and

voluntary and that the offense charged was supported by an independent basis in

fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I

ADOPT the Report and Recommendation (Doc. 25) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be

filed within 120 days.

_____
HOWARD F. SACHS
United States District Judge

Dated: November   , 2020
Kansas City, Missouri